IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JESSE BONER,

                Plaintiff,

v.                                    Civil Action No. 3:22cv721

UNKNOWN,

                Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on December 9, 2022, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was relocated or if he was released. On February 21, 2023, the United States Postal Service returned a February 2, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 3-23-2023
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge